## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03702-NYW

BEATRIX HEINRICH,

       Plaintiff,

       v.

ENDURANCE INTERNATIONAL GROUP
HOLDINGS, INC., JAMES C. NEARY,
JEFF FOX, ANDREA J. AYERS, DALE
CRANDALL, JOSEPH P. DISABATO,
TOMAS GORNY, PETER J. PERRONE,
CHANDLER J. REEDY, JUSTIN L.
SADRIAN, and ALEXI A. WELLMAN,

       Defendants.

_____

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)
_____

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, Plaintiff Beatrix Heinrich hereby voluntarily dismisses the above-captioned

action as moot. Defendants have not served an answer or a motion for summary judgment.

Dated: January 15, 2021               Respectfully submitted,

                              **HALPER SADEH LLP**

                              /s/ Daniel Sadeh
                              Daniel Sadeh, Esq.
                              667 Madison Avenue, 5th Floor
                              New York, NY 10065
                              Telephone: (212) 763-0060
                              Facsimile: (646) 776-2600
                              Email: sadeh@halpersadeh.com

                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Daniel Sadeh, hereby certify that on January 15, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: January 15, 2021                    /s/ Daniel Sadeh
                                           Daniel Sadeh